No. 04-00-00752-CV


IN THE INTEREST OF B.S., et al., Minor Children


From the 288th Judicial District Court, Bexar County, Texas

Trial Court No. 1999-PA-01650

Honorable John D. Gabriel, Jr., Judge Presiding


Per Curiam

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice


Delivered and Filed: February 28, 2001


DISMISSED


 Counsel for appellants has filed an agreed motion to dismiss this appeal. Therefore, we grant
the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). 

 PER CURIAM

DO NOT PUBLISH